157 A.3d 822

STEVENSON

v.

KELLEY

Pet. Docket No. 590, Sept.Term, 2016

Court of Appeals of Maryland.

April 21, 2017

Opinion of the Court of Special Appeals unreported (No. 2129, Sept. Term, 2015).

Petition for writ of certiorari denied

■

157 A.3d 822

STUCKEY, Warren

v.

STATE of Maryland

Pet. Docket No. 603, Sept.Term, 2016

Court of Appeals of Maryland.

April 21, 2017

Opinion of the Court of Special Appeals unreported (No. 2046, Sept. Term, 2015).

Petition for writ of certiorari denied